**UNITED STATES COURT OF INTERNATIONAL TRADE**                FORM  1

| Zale Delaware Inc.  Plaintiff, v. UNITED STATES, Defendant. |
|---|

**S U M M O N S**

**Court No.** 25-00139

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: | New York, New York (Port Code 1001) | Center (if known): | |
|---|---|---|---|
| Protest Number: | 1001-24-101530; 1001-24-101531; and 1001-19-100351 | Date Protest Filed: | 12/11/2023 (530 and 531) and 10/18/2019 (351) |
| Importer: | Zale Delaware Inc. (Importer No. 75-208083400) | Date Protest Denied: | 01/07/2025 (530 and 531) and 03/14/2025 (351) |
| Category of Merchandise: | Articles of Jewelry | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 98U10080182 | 10/15/2014 | 08/11/2023 | | | |
| 98U12220190 | 12/30/2014 | 08/11/2023 | | | |
| 98U06240253 | 07/02/2015 | 07/05/2019 | | | |
| | | | | | |

Samir D. Varma
1919 M Street, NW
Suite 700
Washington, DC 20036
Phone: (202) 263-4136
Email: Samir.Varma@ThompsonHine.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
All three protest claims were filed pursuant to 19 U.S.C. § 1514(a)(6) against CBP's decision to deny the drawback claims at issue.

The issue which was common to all such denied protests:
Whether drawback claims were deemed liquidated by operation of law at the amount asserted under 19 U.S.C. § 1504.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Samir D. Varma
_____
*Signature of Plaintiff's Attorney*

June 24, 2025
_____
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 1001-24-101530 | 12/11/2023 | 01/07/2025 | 98U10080182 | 10/15/2014 | 08/11/2023 | 1001 |
| 1001-24-101531 | 12/11/2023 | 01/07/2025 | 98U12220190 | 12/30/2014 | 08/11/2023 | 1001 |
| 1001-19-100351 | 10/18/2019 | 03/14/2025 | 98U06240253 | 07/02/2015 | 07/05/2019 | 1001 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)